# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PRISCILLA VELAZQUEZ<br><br>    Defendant. | Case No.  10CR4469-WQH<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE** |

No objections having been filed, IT IS ORDERED that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts defendant's Plea of Guilty to count(s) 1 of the information.

DATED: January 4, 2011

**WILLIAM Q. HAYES**
United States District Judge